UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Criminal No: 10-01-GFVT |
| V. | ) | |
| CURTIS LEE JUSTICE, | ) | **ORDER** |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the Report and Recommendation [R. 72] filed by United States Magistrate Judge Hanly A. Ingram. The Report and Recommendation addresses the reported violations of supervised release conditions by the Defendant, Curtis Lee Justice. [R. 63.] Therein he recommends that this Court revoke Justice's period of supervised release and imprison him for a term of 24 months. [R. 72.] The Report and Recommendation advises the parties that any objections must be filed within fourteen (14) days of service. [*Id.*] As of this date, neither party has filed objections or extensions of time to file objections and the time for doing so has passed. [*See id.*]

Generally, this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *See Thomas v. Arn*, 474 U.S. 140, 151 (1985). Parties who fail to object to a magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

Nevertheless, this Court has examined the record, and having made a *de novo* determination, it agrees with the Magistrate Judge's Report and Recommendation. Accordingly, the Court being sufficiently and otherwise advised, it is hereby **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation [R. 72] is **ADOPTED** as the opinion of this Court;

(2) Justice's current period of supervised released is revoked and he is remanded to the custody of the United States Marshalls for a term of imprisonment of 24 months;

(3) Upon completion of the term of imprisonment, an additional term of supervised release of one (1) year will commence; and

(4) All other conditions of supervised release shall be the same as those originally imposed by this Court's judgment dated September 15, 2010 [R. 58].

This 16th day of April, 2012.

Signed By:
*Gregory F. Van Tatenhove*
United States District Judge